Patrick T. Perkins (PP 1694)
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819
pperkins@ptplaw.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

DISNEY ENTERPRISES, INC.,
HANNA-BARBERA PRODUCTIONS, INC.,
SANRIO, INC. and DC COMICS,

       Plaintiffs,                            Case No.: 2:11-cv-06023

v.

ADOLPH RODRIGUEZ d/b/a PROFESSIONAL
KIDS ENTERTAINMENT, LLC and d/b/a
CLOWNS BRONX; and
PROFESSIONAL KIDS ENTERTAINMENT,
LLC d/b/a
CLOWNZ BRONX,

       Defendants.
_____/

### NOTICE OF FILING EXHIBITS

Plaintiffs, Disney Enterprises, Inc., Hanna-Barbera Productions, Inc. Sanrio, Inc. and DC Comics, by and through their undersigned counsel, hereby gives Notice of Filing Exhibits "A" and "B" to the Permanent Injunction and Final Judgment including Exhibits A through Disney 5 to the Permanent Injunction and Final Judgment Against Defendants,

Adolph Rodriguez and Professional Kids Entertainment, LLC, which is attached to the Settlement Agreement and Consent to Permanent Injunction and Final Judgment as Exhibit "1" filed at Docket Number 11.

I hereby certify that on March 6, 2012 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I furnished a copy of the Settlement Agreement and Consent to Permanent Injunction and Final Judgment to Defendants' counsel, William Wright, Esquire, located at 60 E 42nd Street, Suite 2410, New York, New York 10165. I further certify that I furnished an electronic copy of Exhibit "A" and Exhibit "B" to the Permanent Injunction and Final Judgment to William Wright, Esquire.

/s/ Michael W.O. Holihan
Michael W.O. Holihan
Florida Bar No.: 0782165
Holihan Law
1101 North Lake Destiny Road
Suite 275
Maitland, Florida 32751
Telephone: 407-660-8575
Fax: 407-660-0510
michael.holihan@holihanlaw.com

Attorney for Plaintiffs